DONALD SPECTER (SBN 83925)
dspecter@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

JESSICA VALENZUELA SANTAMARIA
(SBN 220934) jsantamaria@cooley.com
JEFFREY W. WALKER (SBN 280505)
jwalker@cooley.com
ADDISON M. LITTON (SBN 305374)
alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000

KENDALL DAWSON WASLEY (SBN 252294)
kendall@dawsonwasleylaw.com
PMB 233
1520 E. Covell Blvd.
Davis, CA 95615
Telephone: (408) 827-5024

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CHAVEZ AND BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | No. 1:15-cv-05277-NJV<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DONALD SPECTER IN SUPPORT OF JOINT MOTION FOR CLASS CERTIFICATION** |

1. I am an attorney at law admitted to practice before the courts of the state of California and before this Court. I am Executive Director of the Prison Law Office, and lead counsel for Plaintiffs in this litigation. I make this declaration in support of the parties' Joint Motion for Class Certification. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. The attorneys of the Prison Law Office are committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the proposed class (the "Class") and the subclass, a commitment the Prison Law Office lawyers have demonstrated in their representation of Plaintiffs in the proceedings to date in this matter.

3. Based on my experience with them, it is my belief that the attorneys from Cooley LLP and Kendall Dawson Wasley are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

4. The Prison Law Office, Cooley LLP and Ms. Wasley (collectively, "Plaintiffs' counsel") have been working diligently on the matter by interviewing Plaintiffs and other members of the Class and subclass to develop the factual record and legal issues underlying this case, performing legal research about potential claims and relief available to the Class, and drafting a lengthy and detailed complaint as well as this class certification motion. In addition, since the filing of the complaint Plaintiffs' counsel have been negotiating the substance of remedial plans with the Defendant County of Santa Clara County.

5. The Prison Law Office engages in class action and other impact litigation to improve the conditions of prisons and jails for adults and children, represents individual prisoners, educates the public about prison conditions, and provides technical assistance to attorneys throughout the country. I joined the Prison Law Office in 1979, and became its executive director in 1984. I have litigated numerous large-scale prisoner and parolee class actions for the last 30 years, including successfully arguing before the U.S. Supreme Court in *Brown v. Plata*, 563 U.S. 493 (2011) (holding the court-mandated population limit for California prisons was necessary to remedy violations of prisoners' constitutional rights to adequate medical and mental health care) and *Pa. Dep't of Corr. v. Yeskey*, 524 U.S. 206 (1998) (unanimously holding the Americans with Disabilities Act applies to

state prisoners). Other class action and impact litigation cases brought by myself and the Prison Law Office involving the rights of prisoners include *Gates v. Deukmejian*, 987 F.2d 1392 (9th Cir. 1993) (conditions, psychiatric and medical care, and HIV discrimination at California Medical Facility); *Madrid v. Gomez*, 889 F. Supp. 1146 (N.D. Cal. 1995) (conditions, medical and mental health care, guard brutality, due process, personal safety, access to law libraries at Pelican Bay State Prison); *Coleman v. Wilson*, 912 F. Supp. 1282 (E.D. Cal. 1995) (statewide class action on the adequacy of mental health care in California prisons); *Clark v. California*, 123 F.3d 1267 (9th Cir. 1997) (statewide class action on behalf of developmentally disabled California prisoners under the Americans with Disabilities Act); *Armstrong v. Wilson*, 124 F.3d 1019 (9th Cir. 1997) (statewide class action on behalf of physically disabled California prisoners under the Americans with Disabilities Act and the Rehabilitation Act); *Plata v. Schwarzenegger*, Case No. 3:01-cv-01351-TEH (N.D. Cal. 2001) (statewide class action challenging inadequacy of California prisoner health care); *Valdivia v. Davis*, 206 F. Supp. 2d 1068 (E.D. Cal. 2002) (statewide class action challenging the lack of due process in California Board of Prison Terms parole revocation proceedings); *Perez v. Tilton*, Case No. 3:05-cv-05241-JSW (N.D. Cal. 2005) (statewide class action challenging inadequacy of California prisoner dental care); *Farrell v. Tilton*, Case No. 3079344 (Alameda County Sup. Ct. 2003) (taxpayer action to reform the conditions of confinement for wards under the jurisdiction of the Division of Juvenile Justice [formerly California Youth Authority]). Under my direction the Prison Law Office also has litigated successfully several cases challenging conditions in county jails in California, including *Hall v. Cty. of Fresno*, Case No. 1:11-cv-02047-LJO-BAM (E.D. Cal.) (Consent Decree, Dkt. 112); *Gray v. Cty. of Riverside*, Case No. EDCV 13-0444 VAP (Opx) (C.D. Cal) (Consent Decree, Dkt. 173); and *Topete v. Cty. of San Bernardino*, Case No. 5:16-cv-00355-VAP-DTB (C.D. Cal.) (pending).

6. Margot Mendelson, a staff attorney at the Prison Law Office, also is working on this case. Ms. Mendelson became a member of the State Bar of California in 2010 and has previously worked on prison cases as an associate at Rosen, Bien, Galvan & Grunfeld, including *Armstrong v. Brown, supra*, and *Coleman v. Brown, supra*. In *Coleman*, Ms. Mendelson participated actively in a post-judgment trial.

**7.** The Prison Law Office has dedicated and will continue to commit substantial resources to the representation of this class.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2016 at Berkeley, California.

Dated: September 9, 2016

                              /s/ Donald Specter
                              Donald Specter

<u>ATTESTATION</u>

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.