DONALD SPECTER (SBN 83925)
dspecter@prisonlaw.com
MARGOT MENDELSON (SBN 268583)
mmendelson@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

JESSICA VALENZUELA SANTAMARIA
(SBN 220934) jsantamaria@cooley.com
JEFFREY W. WALKER (SBN 280505)
jwalker@cooley.com
ADDISON M. LITTON (SBN 305374)
alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000

KENDALL DAWSON WASLEY (SBN 252294)
kendall@dawsonwasleylaw.com
PMB 233
1520 E. Covell Blvd.
Davis, CA 95615
Telephone: (408) 827-5024

*Attorneys for Plaintiffs,*
BRIAN CHAVEZ and BRANDON
BRACAMONTE

JAMES R. WILLIAMS, Acting County
Counsel (S.B. #271253)
ARYN PAIGE HARRIS, Deputy County
Counsel (SBN 208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*Attorneys for Defendant,*
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | Case No. 1:15-cv-05277-NJV<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CERTIFYING ACTION AS CLASS ACTION**<br><br>Hearing Date: October 25, 2016<br>Time:   10:00 a.m.<br>Judge:   Hon. Nandor J. Vadas |

On October 25, 20016 at 10:00 a.m., the Court took under submission the Parties' Joint Motion for Class Certification under Rules 23(a), 23(b)(1), and 23(b)(2) of the Federal Rules of Civil Procedure. Having reviewed the submitted papers, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The numerosity, commonality, typicality, and adequacy requirements of Rule 23(a) are satisfied.

2. The requirements under both Rule 23(b)(1) and Rule 23(b)(2) are satisfied.

3. The Action is hereby certified as a class action as to all claims and defenses at issue in the Complaint pursuant to Rules 23(a), 23(b)(1), and 23(b)(2) of the Federal Rules of Civil Procedure.

4. The Class is defined as:

   All people who are now, or in the future will be, incarcerated in the Santa Clara County jails.

5. This class action also includes a Subclass, which is defined as:

   All people who are now, or in the future will be, incarcerated in the Santa Clara County jails and who have a psychiatric and/or intellectual disability, as defined under the Americans with Disabilities Act (ADA), 42 U.S.C. §12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

6. Plaintiffs Chavez and Bracamonte will serve as representatives of the Class, and Plaintiff Bracamonte will serve as a representative of the Subclass.

7. Pursuant to Rule 23(c)(2)(A), the parties shall submit a proposed notice to the class and the method of distribution of that notice within 14 days of this Order.

8. Cooley LLP, the Prison Law Office, and Kendall Dawson Wasley are appointed as class counsel to represent the interests of the plaintiff class.

**IT IS SO ORDERED.**

Dated: September 20, 2016

Hon. Nandor J. Vadas
U.S. Magistrate Judge