UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRIAN CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others , <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, <br><br> Defendant. | Case No.  15-cv-05277-NJV <br><br> **ORDER APPROVING CLASS NOTICE** |

On September 20, 2016, this Court entered an Order in the above-captioned action certifying a Class of all people who are now, or in the future will be, incarcerated in the Santa Clara County jails, and further certifying a subclass of all people who are now, or in the future will be, incarcerated in the Santa Clara County jails and who have a psychiatric and/or intellectual disability, as defined under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq.*, and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.  Pursuant to the Court's Order and Fed. R. Civ. P. 23(c)(2)(A), the parties have submitted to the Court a Notice of Class Certification ("Class Notice"), attached as Exhibit A to a proposed order regarding the distribution of the Class Notice.  (Doc. 37.)

Accordingly, good cause appearing, IT IS ORDERED AS FOLLOWS:

1. The Court approves the substance, form, and manner of the Class Notice filed by the parties on October 4, 2016, and finds that the proposed method of disseminating the Class Notice, as discussed during the September 20, 2016 telephonic conference, meets all due process and other legal requirements and is the best notice practicable under the circumstances.

2. Within forty-five days of this Order, the County is directed to post the Class Notice in English, Spanish, and Vietnamese in all housing units in such a manner as to make the Notice visible to all prisoners. Additionally, the County shall hand deliver a copy of the Notice to each prisoner within the jails. Further, the County shall provide assistance reviewing the notice to individuals who are illiterate or have a disability that would prevent them from reading or understanding it. The County must file and serve on Plaintiffs' counsel a declaration affirming that notice was published as required in this Order.

**IT IS SO ORDERED**.

Dated: October 6, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge