# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
|---|---|
| BRIAN CHAVEZ, et al., <br> Plaintiffs, <br> v. <br> COUNTY OF SANTA CLARA, <br> Defendant. | Case No. 15-cv-05277-RMI <br><br> **ORDER DENYING REQUEST FOR REASSIGNMENT** <br> Re: Dkt. No. 60 |

On January 22, 2018, the County of Santa Clara filed a declination to Magistrate Judge jurisdiction and requested reassignment. (Doc. 60.) The request for reassignment is insufficient. The County previously consented to Magistrate Judge jurisdiction (Doc. 11.) and consent to magistrate judge jurisdiction can only be withdrawn for good cause or under extraordinary circumstances. *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993); 28 U.S.C.A. § 636 ("The court may, for good cause shown on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter to a magistrate judge under this subsection.")

Accordingly, the County's request for reassignment is DENIED.

**IT IS SO ORDERED.**

Dated: January 23, 2018

ROBERT M ILLMAN
United States Magistrate Judge