Clerk of the Court
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Filed Jan 12, 2019

RECEIVED
JAN 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RE: Chavez vs. Santa Clara County  N.D. Cal. No. 1:15-cv-05277-RMI

We two inmates of this class action suit do not agree with no punitive or monitary damages paid to the class. We feel that $50,000.00 per class member be paid in addition to the proposed attorney fees. We inmates have been the ones suffering under the unfavorable and cruel conditions of this county's jail procedures and policies.

Please add this to the case comments.

James R. Potter II   #CKC-149
3074 East Hills Dr.
San Jose, CA. 95127

CARLOS GUERRERO  #CRY952
2243 TOMASINA CT. #4
CAMPBELL CA. 95008

Dana P Daysis   EFD 417  18049004
470 Del Medio ave #2
Mountain View, CA 94040