United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BRIAN CHAVEZ, et al.,
Plaintiffs,

v.

COUNTY OF SANTA CLARA,
Defendant.

Case No. 15-cv-05277-RMI

**ORDER**

Pursuant to the Consent Decree, it is ORDERED that the Clerk of Court shall administratively close this case. The parties are advised that this is simply a housekeeping matter. Under the terms of the Consent Decree, the court retains continuing jurisdiction to enforce the terms of the decree. *See* Consent Decree (dkt. 109) at ¶¶ 29, 30.

**IT IS SO ORDERED.**

Dated: March 25, 2019

ROBERT M. ILLMAN
United States Magistrate Judge