# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HOWARD HERSHIPS, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF LAURIE SMITH, et al., <br><br> Defendant. | Case No. 5:20-cv-07208 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Robert M. Illman to determine whether it is related to 1:15-cv-05277 RMI, *Brian Chavez, et al v. County of Santa Clara.*.

IT IS SO ORDERED.

Date: October 26, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 5:20-cv-07208 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES