UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRIAN CHAVEZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA,<br><br>        Defendant. | Case No. 15-cv-05277-RMI<br><br>**ORDER**<br><br>Re: Dkt. No. 114 |

Now pending is a Sua Sponte Judicial Referral for Purposes of Determining the Relationship of Cases 15-cv-05277-RMI and 20-cv-7208-JD, pursuant to Civil L.R. 3-12 (dkt. 114). Having considered the referral, and no responses in support or in opposition having been filed, the undersigned hereby determines that the two cases are not related.

**IT IS SO ORDERED.**

Dated: November 23, 2020

                                              ROBERT M. ILLMAN<br>                                              United States Magistrate Judge