Howard Herships
P.O. BOX 1501
Carmichael, Ca 95609-1501
415 933 5190
Email: hherships@gmail.com

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CHAVEZ and BRANDON BRACAMONTE, On behalf of themselves and all other similar situated, Plaintiff, vs. COUNTY OF SANTA CLARA, Defendants | Case No.1:15-CV-05277-RMI<br><br>NOTICE OF MOTION AND MOTION FOR FOR CIVIL CONTEMPT PURSUANT TO TITLE 18 U.S.C. § 401 FOR VIOLATION OF THIS COURT'S INJUNCTION ISSUED MARCH 20, 2019<br><br>Date Sept. 7, 2021<br>Time: 11:00 A.M<br>Place: Eureka |

PLEASE TAKE NOTION that on Sept. 7, 2021 at 11:00 A.M. at the Court House located at Eureka-McKinleyville Courthouse 3140 Boeing Ave Mc Kinleyville, CA Intervener Howard Herships an Absent Class Members, here by moves this Court for an order Holding Santa Clara County in contempt of Court pursuant to Title 18 U.S.C. § 401 (3) for violation of the Consent Decree/Remedial Plan/injunction issued on March 19, 2019 by this Court.

This Motion for Contempt is also be heard simultaneously with Intervener Herships motion to Intervene in this case to obtain removal of Class Counsel who at no times has both

violated F.R.C.P. Rule 23 (a) (4) and Rule 23 (g) (1) (A) as there is no notice of the Consent Decree posted in the Santa Clara County Jail and no names of Class Counsel is posted.

This Motion seeks to hold Santa Clara County in contempt of this Court's Order by never complying with the terms of the injunction of remedial plan, and by blocking any all attempts to give notice to the Absent Class Members , which was done willfully in attempt to prevent any further action on against Santa Clara County within the meaning of 18 U.S.C. § 401 (3).

This Motion is supported by the Declaration of Intervener Howard Herships.

Dated Aug. 17, 2021.

Howard Herships

STATEMENT OF FACTS FOR CONTEMPT

This Court entered its Order approving of the Consent Decree/Remedial Plan, an Injunction requiring the County of Santa Clara regarding compliance under Federal Law regarding Americans with Disabilities Act to individuals with Disabilities.

Specially, the Remedial Plan required that inmates who have Hearing Aids to effectively be able to communicate be allowed to possession under 28 CFR § 35.160 et. Seq. Remedial Plan page 2, 4 & 5.

Additionally, the Remedial Plan also required Santa Clara County to provide inmates who have "Diabetes" to provided medication prior to food consummation in fact the Remedial Plan states as follows:

> **"ACHS shall create a comprehensive diabetic management protocol in coordination with Custody staff that addresses normal circadian rhythms, standardized food consumption times, and insulin dosing times." Page 14 at ¶ d**

**That at no time between Jan 8, 2020, and through March 26, 2020, did intervener Herships was ever provided his diabetic medication with food consumption. See ¶ 16 of Intervener Declaration in support for contempt.**

**Additionally, the Consent Decree at page 6, ¶ 19 required Notice to the Absent Class Members being all Future Inmate of the Santa Clara County Jail as follows:**

> "Defendant shall post notices to class members of this action in a manner agreed upon by the parties. Such notices shall include a brief statement that includes a description of Plaintiffs' claims, the definition of the class and subclass, notice that the parties have entered into this Consent Decree, a description of the subject areas covered by the Consent Decree and Remedial Plan, and contact information for the Prison Law Office to allow inmates to contact Plaintiffs' counsel. See Page 6 ¶ 19.

No such notice has ever been given to the Absent Class Members as such no Absent Class Members have no knowledge of the Injunction issued by this Court and as such have no way to enforce their rights under the injunction which this Court's has entered.

Intervener Herships has been denied his rights under the ADA when the Sheriff's Dept of Santa Clara County refused to provide Herships who has an impairment that substantially limits intervener Herships' a major life activity of hearing.

Defendant Santa Clara County violation here was done with a "deliberate indifference," to intervener Herships' Federal Constitutional Rights to legal representation in a criminal case.

Defendant County of Santa Clara knew at all times that intervener Herships had a court appearance  and with full knowledge that denying Herships his hearing aids would deny his federally protected right legal counsel in a criminal case would be substantially likely, these failure to act upon that likelihood.

These acts not only violated Federal Law but shows an intentionally and done with deliberate indifference, when it fails to provide meaningful access or reasonable accommodation to disabled persons.

These acts were done not only in violation of federal Law but were also violations of the Injunction issued by this Court that the County of Santa Clara are in contempt of.

The County of Santa Clara are also in Contempt of Court in that the Sheriff's Department does not comply with the Remedial Plan in providing medical attention of inmates who have serious medical conditions that requires intervention by medical doctor.

Intervener Herships has firsthand knowledge of those facts when inmate Alan Hata was booked into the County Jail on Feb 21, 2020 no medical doctor did an evaluation and Alan Hata was treated medical technicians or RN and as a direct result Alan Hata died in his cell during the evening of Feb 26, 2020.

These acts are also in violation of the Remedial Plan at page 7 ¶ 7.

Intervener Herships also reported to the intake booking personal that Herships was injured as the result of the Sheriff's Departments Van had no seats and no seat belt restrain system which occurred when the driver of the van had to brake sharply to avoid a collision with another car.

Intervener Herships was thrown against the bulkhead of the van at speed of over 65 miles an hour seriously injuring Herships left wrist/hand.

Defendant Santa Clara County refused medical treatment and upon release Herships had to undergo surgery to treat the injury.

Currently, the Santa Clara County Jail is blocking giving notice to the Absent Class Members this is being done to avoid any all implementation of the Injunction and to prevent any monitoring or for that matter enforcement of the injunction.

It appears that Class Counsel the Prison Law Office agrees to the allow the County of Santa Clara not to provide Notice as this way the Prison Law Office does not have to monitor the take any calls or respond to the absent class members or take any enforcement action and they can simple get paid some $200,000 per year for doing nothing!

Defendant County of Santa Clara's plan has been working for over two years by not providing any reports required the Consent Decree pages 4 & 5 at ¶ 12 of just what steps the County was taking to implement the Remedial Plan, and also blocking Notice to the Absent Class Members Consent Decree page 6 at ¶ 19.

Defendant County has successfully blocked the implementation of the injunction for over two years.

Moreover, as stated in the Motion to Intervene the Absent Class Members have absolutely no prospect of enforcement of the injunction under the ADA or under violations of

Title 42 U.S.C. § 1983, because Class Counsel has one either agreed with County Counsel not to give notice to the Absent Class Members of the injunction or has simply abandoned the absent class members.

The only evidence that intervener has of the state of mind of Class Counsel in that regard is the posting on the Prison Law Office's web site which was post shortly after the approval by the Court in March of 2019, ***"Due to the large number of inquiries, we cannot accept telephone calls from incarcerated people and their families."***

Still to this day there is no posting of any Notice required by the Consent Decree page 6 ¶ 19.

These acts violate Title 18 U.S.C. § 401 (3) which states as follows:

> "**(3)** Disobedience or resistance to its lawful writ, process, order, rule, decree, or command.

Currently, the situation in this case is that you have a County of Santa Clara refusal to implement the Remedial Plan and also to block any and all notices of the plan to the Absent Class Members, which has been effective.

This compounded by Class Counsel who has been overwhelmed by the "***[D]ue to the large number of inquiries"*** simply decided to do nothing and just abandoned the Absent Class Members.

Additionally, because of the policies, practices as well as custom of the Santa Clara County also blocks all access to the Courts for inmates of the County Jail as there are no means to petition the courts even if the Absent Class Members even knew about the injunction.

Denial of Access to Court has been ruled unconstitutional by clearly established United States Supreme Court Law for over 50 years, however, Santa Clara County believes that they do not have to comply with Federal Courts orders as this conduct goes on in Santa Clara County.

The remedial plan is not some quixotic remedy but are basic Federal Constitutional Rights guaranteed to all inmates incarcerated in Santa Clara County Jail that are codified under the Americans with Disability Act as well as inmates rights to medical treatment under both the Eight and Fourteenth Amendments.

Santa Clara County does not believe that they have to comply with the injunction and have instead have blocked all implementation of the Remedial Plan /injunction.

Currently, all Absent Class Members have no prospects of legal representation in this class action as Class Counsel The Prison Law Office as well as co/counsels approves of the acts of Santa Clara County.

Intervener files this Motion for Contempt to be heard in connections with Intervener in this case to obtain new class counsel by making a referral to the Pro Bono panel for legal representation as Class Counsel is already funded under Court Order of this Court in the amount of $200,000 annually and to date Class Counsel has done nothing to implement or monitor this class action.

WHEREFORE, intervener Herships moves for Contempt of the Injunction issued by this Court as the showing here is that the County of Santa Clara has blocked and continues to block all implementation of the Consent Decree and Remedial Plan and seeks to prevent any monitoring of the injunction.

Dated August 16, 2021

________________

Howard Herships

DECLARATION IN SUPPORT OF MOTION FOR CONTEMPT

I Declare As Follows:

1. That if called to testify I can do so based upon first hand personal knowledge.

2. That I was an inmate in the Santa Clara County Jail from Jan 8, 2020, through the early morning of March 27, 2020, (2:00 A. M.).

3. There were no notices posted in the Santa Clara County Jail of the Chavez vs. Santa Clara Consent Decree/Remedial Plan or its requirements at any time while I was in custody.

4. That was no information of the name of class counsel and how to contact then necessary to monitor/enforcement of the Consent Decree/Remedial Plan.

5. That upon being booked into the Santa Clara County Jail I informed the booking personal that I was seriously injured during being transported in a Santa Clara County Van, that did not have seats or a seat belt restrain system.

6. The driver of the van a Santa Clara County Sheriff's Department personal had to brake sharply to avoid a collision and as direct result I was slammed upon against the metal bulkhead at some 65 plus miles an hour injuring my left wrist and hand.

7. That I requested medical treatment and was denied any and all medical treatment.

8. Upon my release I sought medical treatment and had to have surgery.

9. That also upon booking I informed that I had type 2 Diabetes and took medication to treat my medical conditions, which required taking my medication prior eating.

10. That I also informed booking personal that I need my Hearing Aids to effectively to be able to effectively communicate.

11. The Booking personal denied my request for my Hearing Aids.

12. That when I made my Court Appearance in Superior Court I had no ability to communicate with either the Court or legal counsel.

13. That the Superior Court did not have any assisted listening device and you have request of some five days prior to your court appearance.

14. That at no time did I ever have any ability to communicate and was sentence without any legal representation in violation of clearly established United States Supreme Court law.

15. That while in the Santa Clara County Jail I never was examined by a Medical Doctor from January 8, 2020, until mid March of 2020.

16. That I was provided my diabetes medication prior to meals, which was recommendation for the medication.

17. That as a direct resulted my blood sugar readings were well over 200 on a daily basis as a direct result of these failures of Santa Clara County.

18. That upon my release from on March 27, 2020, I immediately sought medical attention at the VA in San Francisco and was treated for high heart rate due to the failure to provide timely medication for my diabetes.

19. Santa Clara County also does not provide proper foot ware for inmates with diabetes as I was provided flip flops and I suffered an injury as a direct result of these failures.

20. That during my incarceration I observed an inmate Alan Hata who was booked into the Santa Clara County Jail on Feb. 21, 2020, and was eventually placed in my unit.

21. That every morning at about 3:00 A.M. I was called for having my blood sugar levels check and Alan Hata would also go to the nurse's station for treatment.

22. That at no time was inmate Alan Hata treated by a Doctor for his condition and on the evening of Feb. 25, 2020, Alan Hata died in his Cell.

23. That after my release from custody I discovered that that there was a Consent Decree/ Remedial Plan/Injunction issued against Santa Clara County.

24. I then attempted to both Call the Prison Law Office and send an Email regarding the total failure to comply with the Consent Decree/Remedial Plan but never received any response.

25. I then Called and sent E mails to the Cooley Firm and left messages for Attorney Santamaria a listed Class Counsel in the Chavez Consent Decree who asserted that they were not interested in either monitoring or enforcement of the Consent Decree.

26. I then contacted Attorney Wasley in an attempt to get somebody from Class Counsel to enforcement of the Consent Decree/Remedial Plan and was also informed that they are not interested in doing so.

27. That as a direct result of the failure to provide timely medication by Santa Clara County I had to undergo three surgeries the last being on March 8, 2021, which surgeries were delayed due to the pandemic.

28. The only prejudiced here is to the Absent Class Members who still have no legal representation by the Class Counsel who basically abandoned the Absent Class Members of the Consent Decree/Remedial Plan.

29. That I have requested copies of the Reports by the County required by the Consent Decree/Remedial Plan by pages 4 & 5 at ¶ 12 and page 5 ¶ 13 as well as any agreement to post notices to the Absent Class Members page 6 at ¶ 19, but all parties refuse to cooperate.

30. That there is no prospect for either monitoring or enforcement of the injunction on behalf of the Absent Class Members under the current status being there is no notice of posted of Injunction issued in the Chavez vs. Santa Clara County or the terms of said injunction and the name of Class Counsel these acts preclude any all ability to monitor or bring enforcement proceedings.

31. These acts of the County Santa Clara of denying intervener Herships' hearing aids were done in a deliberate indifference with "knowledge that a harm to a federally protected right is substantially likely, and a failure to act upon that likelihood would result in a denial of intervener's Herships rights to legal representation.

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct.

Dated Aug. 17, 2021
At Sacramento, Ca

Howard Herships

# CERTIFICATE OF SERVICE by MAIL

I declare as follows:

That I placed the Motions to Intervene and Motion for Contempt of Court in a sealed envelope addressed to the following addresses:

DONALD SPECTER
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710

JESSICA VALENZUELA SANTAMARIA
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

KENDALL DAWSON WASLEY
1520 E. Covell Blvd. PMB 233
Davis, CA 95615

JAMES R. WILLIAMS, County Counsel
70 West Hedding Street, East Wing,
Ninth Floor
San Jose, California 95110-1770

I then took those envelopes to the United States Post Office in Sacramento County and fully paid first class postage on Aug 19, 2021 for delivery to those addresses.

Dated Aug. 19, 2021

Howard Herships