ORIGINAL

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br>*Defendants.* | No.1:15-cv-05277 RMI<br><br>NOTICE OF APPEAL |

FILED
SEP 07 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Notice is hereby given that Intervener Howard Herships in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order denying leave to intervene to remove Class Counsels and make a referral to the United States District Court of California Northern District pro Bono Panel for legal representation to enforce the Injunction issued by a Consent Decree/Remedial Plan on behalf of the Absent Class Members entered in this action on the Sept. 1, 2021.

Howard Herships

Howard Herships

Dated Sept 3, 2021

# CERTIFICATE OF SERVICE by MAIL

I declare as follows:

That I placed the Notice of Appeal and Designation of the Record on Appeal in a sealed envelope addressed to the following addresses:

DONALD SPECTER
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710

JESSICA VALENZUELA SANTAMARIA
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

KENDALL DAWSON WASLEY
1520 E. Covell Blvd. PMB 233
Davis, CA 95615

JAMES R. WILLIAMS, County Counsel
70 West Hedding Street, East Wing,
Ninth Floor
San Jose, California 95110-1770

I then took those envelopes to the United States Post Office in Sacramento County and fully paid first class postage on Sept. 4, 2021 for delivery to those addresses.

Dated Sept. 4, 2021

Howard Herships