ORIGINAL

FILED

SEP - 9 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br>*Defendants.* | Case. No.1:15-cv-05277 RMI<br><br>AMENDED NOTICE OF APPEAL<br><br>"PRELIMINARY INJUNCTION APPEAL" PURSUANT TO CIRCUIT RULE 3-3 |

Notice is hereby given that Intervener Howard Herships in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying leave to intervene to remove Class Counsels and make a referral to the United States District Court of California Northern District Pro Bono Panel for legal representation of the absent Class Members to enforce the Injunction issued by a Consent Decree/Remedial Plan on behalf of the Absent Class Members entered in this action on the Sept. 1, 2021.

This appeal is based upon the showing that the Magistrate Judge asserts in the denial of the motion to intervene to obtain class representation for the absent class members and Court entered the Consent Decree/Remedial Plan in March of 2019 and thereafter March 25, 2019 administratively closed the case.

The issues on appeal shows that there was never posted a notice of the Consent Decree/Remedial Plan for the absent class members and there was no compliance of the by Santa Clara Count.

Additionally, class Counsel is being paid $200,000 per year and has done no monitoring or enforcement.

Intervener Herships files this Motion to Intervene not to take over representing the Absent Class Members but requesting a referral to the Pro Bono Panel of the Northern District Court (1) as there are no notices posted informing the Absent Class Members of the Consent Decree/Remedial Plan or even the name of Class Counsel; and (2) According to the Report issued by Santa Clara Counsel there has been no implementation of the Remedial Plan.

Under current representation by Class Counsel there are no prospect for any representation of the Absent Class Members required by Federal Rules of Civil Procedure Rules 23 (a) (4) and Rule 23 (g) (1) (A) in any sense of those Rules.

This Motion was made to obtain new Class Counsel representation on behalf of the Absent Class Members in light of the fact that Santa Clara County is paying $200,000.00 annually for this very representation by making a referral to the Northern District Pro Bono Panel to obtain Class Representation for the Absent Class Members.

Dated Sept. 7, 2021

Howard Herships

Howard Herships
P.O. Box 1501
Carmichael, Ca 95609-1501
In Pro Se

# CERTIFICATE OF SERVICE by MAIL

I declare as follows:

That I placed the Amended Notice of Appeal in a sealed envelope addressed to the following addresses:

DONALD SPECTER
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710

JESSICA VALENZUELA SANTAMARIA
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

KENDALL DAWSON WASLEY
1520 E. Covell Blvd. PMB 233
Davis, CA 95615

JAMES R. WILLIAMS, County Counsel
70 West Hedding Street, East Wing,
Ninth Floor
San Jose, California 95110-1770

I then took those envelopes to the United States Post Office in Sacramento County and fully paid first class postage on Sept. 7, 2021 for delivery to those addresses.

Dated Sept. 7, 2021

Howard Herships