UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRIAN CHAVEZ; BRANDON BRACAMONTE,

Plaintiffs-Appellees,

v.

COUNTY OF SANTA CLARA,

Defendant-Appellee,

v.

HOWARD HERSHIPS, Proposed Intervenor,

Movant-Appellant.

No. 21-16491

D.C. No. 1:15-cv-05277-RMI
Northern District of California,
San Francisco

ORDER

Before: PAEZ, RAWLINSON, and WATFORD, Circuit Judges.

The district court certified that this appeal is not taken in good faith and has denied appellant leave to proceed on appeal in forma pauperis. *See* 28 U.S.C. § 1915(a). On September 14, 2021, this court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and responses to the court's September 14, 2021 order, we conclude this appeal is frivolous. We therefore deny appellant's

motions to proceed in forma pauperis (Docket Entries No. 4 and 8) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

**DISMISSED**.