UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRIAN CHAVEZ and BRANDON BRACAMONTE,

Plaintiffs - Appellees,

v.

COUNTY OF SANTA CLARA,

Defendant - Appellee,

v.

HOWARD HERSHIPS, Proposed Intervenor,

Movant - Appellant.

No. 21-16491

D.C. No. 1:15-cv-05277-RMI
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered April 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7