HOWARD R. HERSHIPS
P.O. BOX 1501
CARMICHAEL, CA 95609

RECEIVED

APR 22 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

April 17, 2024

Re: Chavez v Santa Clara County 15 CV 05277

Dear Clerk,

Please file the enclosure motion for the appointment of legal counsel as the current class counsel has refused to discuss the violations with me.

Asserting that because I am not currently incarcerated I am not a member of the protected class.

I have enclosure a self-addressed stamped envelope.

Thank you