DONALD SPECTER
dspecter@prisonlaw.com
MACKENZIE L. HALTER
mhalter@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

KYUNG TAECK MINN
rminn@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
|---|---|
| BRIAN CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>    *Defendant.* | Case No. 1:15-cv-05277-RMI<br><br>**DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>**Date: January 13, 2026**<br>**Time: 11:00 a.m.**<br><br>**Magistrate Judge Robert M. Illman** |

1  I, Donald Specter, declare as follows:

2  1. I am an attorney at law admitted to practice before the courts of the State of California and before this Court. I am lead counsel for Plaintiffs in this litigation. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. Under the terms of the Consent Decree, the Parties' jointly selected expert Monitors—including Mental Health and Medical Monitors—who complete comprehensive reviews of Defendant's progress toward compliance with the Remedial Plan every 180 days through monitoring visits and submit Monitoring Reports based on those reviews. Dkt. 109 ¶¶ 13-18. Dr. Brian Main has been the Mental Health Monitor since November of 2022. Dr. Joe Goldenson and Angela Goehring have been the Medical Monitors since 2020. A true and correct copy of their curriculum vitae is attached as **Exhibit 1.**

3. In addition, the County is required to submit its own so-called 180-Day Reports to, in part, provide Plaintiffs' counsel and the experts information about progress it has made toward each item of the Remedial Plan and an assessment of whether it believes it is or is not in substantial compliance with each of those Remedial Plan items. Dkt. 109 ¶ 12.

4. Attached as **Exhibit 2** is a true and correct copy of a DRAFT of Mental Health Monitor Dr. Brian Main's Tenth Mental Health Monitoring Report following an April 2025 monitoring visit. Dr. Main circulated a draft of the Report on October 14, 2025. A week later, Dr. Main asked the parties to return any comments on the report by no later than October 30th. Plaintiffs responded that they had no comments. County counsel responded on October 27th that they were tied up completing their own 180-Day Mental Health Report, and that they would submit comments sometime after his November monitoring visit without specifying a date. At the time of filing, the County has not submitted comments on Dr. Main's Report. Until the County does so, Dr. Main cannot finalize that Report. Accordingly, Plaintiffs submit Dr. Main's

1  DRAFT Report in support of their Motion for Contempt and will supplement the
2  record with a final version as soon as practicable.
3      5.      Attached as **Exhibit 3** is a true and correct copy of Dr. Main's Seventh
4  Mental Health Monitoring Report following a November 2023 monitoring visit.
5      6.      Attached as **Exhibit 4** is a true and correct copy of Dr. Main's Fifth
6  Mental Health Monitoring Report following a December 2022 monitoring visit.
7      7.      Attached as **Exhibit 5** is a true and correct copy of former Mental Health
8  Monitor Dr. Roberta Stellman's Fourth Mental Health Monitoring Report following
9  a June 2022 monitoring visit.
10     8.      Attached as **Exhibit 6** is a true and correct copy of Dr. Main's Sixth
11 Mental Health Monitoring Report following an April 2023 monitoring visit.
12     9.      Attached as **Exhibit 7** is a true and correct copy of Dr. Main's Eighth
13 Mental Health Monitoring Report following an April 2024 monitoring visit.
14     10.     Attached as **Exhibit 8** is a true and correct copy of Medical Monitors Dr.
15 Joe Goldenson and Angela Goehring's Ninth Medical Monitoring Report following
16 a July 2025 monitoring visit.
17     11.     Attached as **Exhibit 9** is a true and correct copy of former Mental Health
18 Monitor Dr. Stellman's Third Mental Health Monitoring Report following a
19 November 2021 monitoring visit.
20     12.     Attached as **Exhibit 10** is a true and correct copy of the County's 180-
21 Day Mental Health Report, dated April 24, 2025.
22     13.     Attached as **Exhibit 11** is a true and correct copy of the County's 180-
23 Day Mental Health Report, dated November 1, 2024.
24     14.     Attached as **Exhibit 12** is a true and correct copy of Dr. Goldenson and
25 Ms. Goehring's Fourth Medical Monitoring Report following a December 2022
26 monitoring visit.
27
28

15. Attached as **Exhibit 13** is a true and correct copy of Dr. Goldenson and Ms. Goehring's Sixth Medical Monitoring Report, following a March 2024 monitoring visit.

16. Attached as **Exhibit 14** is a true and correct copy of Dr. Goldenson and Ms. Goehring's Seventh Medical Monitoring Report following a July 2024 monitoring visit.

17. Attached as **Exhibit 15** is a true and correct copy of Dr. Goldenson and Ms. Goehring's Eighth Medical Monitoring Report following a February 2025 monitoring visit.

18. Attached as **Exhibit 16** is a true and correct copy of the County's 180-Day Medical Report, dated June 25, 2025.

19. Attached as **Exhibit 17** is a true and correct copy of the County's 180-Day Medical Report, dated October 14, 2022.

20. Attached as **Exhibit 18** is a true and correct copy of the County's 180-Day Medical Report, dated March 15, 2024.

21. Attached as **Exhibit 19** is a true and correct copy of the County's 180-Day Mental Health Report, dated December 2, 2022.

22. Attached as **Exhibit 20** is a true and correct copy of a Memorandum of Understanding ("MOU"), entered into by the County Executive, Chief of Corrections, and the Sherriff on December 9, 2021. That MOU contained key provisions designed to improve access to healthcare events at the County Jails, including through a plan for increasing custody staffing.

23. Attached as **Exhibit 21** is a true and correct copy of the County's 180-Day Mental Health Report, dated October 31, 2025.

24. Plaintiffs' counsel sent a demand letter to the County in April 2022 invoking the dispute resolution procedures for noncompliance with the medical and mental health—among other—provisions of the Remedial Plan, and asserting that the County should reduce the jail population as a remedy. County Counsel, Aryn

Harris, responded to the demand and supplemental letters on July 27, 2022. Attached as **Exhibit 22** is a true and correct copy of that response letter.

25. Attached as **Exhibit 23** is a true and correct copy of an analysis of the Santa Clara County Jail population—entitled "Jail Population Analysis"—completed by County-retained expert and criminologist Dr. James Austin on June 9, 2025.

26. Attached as **Exhibit 24** is a true and correct copy of an analysis completed by expert criminologist Dr. Austin on July 10, 2025, estimating the decrease in Santa Clara County Jail population necessary based on the current staffing levels entitled "Jail Population Reduction Estimates."

27. Based on the County Jail population analyses completed by Dr. Austin, the Parties have recently gone back and forth over email regarding measures to reduce the County Jail population and, thus, the demand for health and mental health care within the Jails. Attached herein as **Exhibit 25** is a true and correct copy of that email exchange between myself and County Counsel, Kavita Narayan and the County CEO, Greta Hansen.

28. Attached as **Exhibit 26** is a true and correct copy of Dr. Goldenson and Ms. Goehring's Fifth Medical Monitoring Report, following a July 2023 monitoring visit.

29. Attached as Exhibit 27 is a true and accurate copy of the Custody Bureau Staffing Report 2025.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2025, in Berkeley, California.

s/ Donald Specter
Donald Specter
*Attorney for Plaintiffs*