TONY LOPRESTI, County Counsel (S.B. #289269)
DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: douglas.press@cco.sccgov.org
Email: melissa.kiniyalocts@cco.sccgov.org
Email: aryn.harris@cco.sccgov.org

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSÉ)

| | |
|---|---|
| BRIAN CHAVEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant. | No. 15-CV-05277 RMI<br><br>**STIPULATION AND [PROPOSED] ORDER** |

     This stipulation and proposed order is submitted by Don Specter, counsel for Plaintiffs' Class, and Deputy County Counsel, counsel for Defendant County of Santa Clara (hereafter Parties) pursuant to Northern District Local Rules of Court 7-7 and 7-12. The Parties hereby stipulate as follows:

     1.   The Parties stipulate to move the hearing date on Plaintiffs' Motion for Contempt (Dkt. No. 155) currently scheduled for January 13, 2026, to February 10, 2026.

///

///

///

///

2. The parties stipulate to the following briefing schedule:

**Defendants' Opposition**:  January 13, 2026

**Plaintiffs' Reply**:  January 27, 2026

**SO STIPULATED.**

Dated: November 26, 2025          Respectfully submitted,

                              TONY LOPRESTI
                              County Counsel

                    By: */s/ Aryn Paige Harris*
                        ARYN PAIGE HARRIS
                        Deputy County Counsel

                        Attorneys for Defendant
                        COUNTY OF SANTA CLARA

Dated: November 26, 2025          PRISON LAW OFFICE

                    By: */s/ Don Specter*
                        DON SPECTER

                        Attorneys for Plaintiffs

### CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Don Specter in the filing of this stipulation has been obtained.

Dated: November 26, 2025          By: */s/ Aryn Paige Harris*
                        ARYN PAIGE HARRIS
                        Deputy County Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 1, 2025

                        ROBERT M. ILLMAN
                        United States District Court Judge

3417424