DONALD SPECTER
dspecter@prisonlaw.com
NICHOLAS SHEEHAN
nick@prisonlaw.com
MACKENZIE L. HALTER
mhalter@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

Kyung Taeck Minn
rminn@Cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**EUREKA DIVISION**

| | |
|---|---|
| BRIAN CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>*Defendant.* | Case No. 1:15-cv-05277-RMI<br><br>**STIPULATION TO WITHDRAW CERTAIN EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT AND ORDER**<br><br>**Magistrate Judge Robert M. Illman** |

In 2019, this Court approved a Consent Decree that required, among many other things, that the County employ sufficient custody staff at the Santa Clara County jails to provide members of the Plaintiff Class adequate access to medical and mental health services. ECF No. 106. On November 17, 2025, Plaintiffs filed a Motion for Contempt against the Defendant County of Santa Clara. ECF No. 155. The Motion sought a finding of contempt against the County and monetary sanctions for the County's failure

to comply with the Consent Decree by employing sufficient custody staff to provide adequate access to healthcare services. *Id*.

The motion was supported by the declaration of Donald Specter which authenticated and attached 27 exhibits. *Id*. Included within those exhibits were two types of reports required by the Consent Decree: (1) 180-day reports prepared by the County, and (2) periodic reports prepared by experts selected by the parties to monitor the County's compliance with the requirements of the Consent Decree. *Id*. These reports were not filed on the docket and some of them were labeled as "Confidential".

After the Specter declaration and exhibits were filed, the County requested that Exhibits 2 through 19, 21, and 26 be filed under seal. A description of each of those exhibits is set forth below. Purusant to Defendant's request, Plaintiffs' counsel called the docket clerk and requested that all exhibits be sealed pending an administrative motion to have the exhibits 2 through 19, 21, and 26 sealed. All the exhibits were sealed as requested.

The parties disagree about whether exhibits 2 through 19, 21, and 26 meet the requirements for the sealing of exhibits pursuant to Civil Local Rule 79-5. In order to resolve the issue, the Defendant County agrees that all of the facts in Plaintiffs' motion that are supported by any of Plaintiffs' exhibits are accurate representations of the facts stated in the cited exhibit(s). In light of this agreement, Plaintiffs withdraw Exhibits 2 through 19, 21, and 26, provided that any of the withdrawn exhibits shall be provided to the Court upon its request.

| **Exhibits** |
|---|
| Exhibit 2: DRAFT Tenth Mental Health Monitoring Report |
| Exhibit 3: Seventh Mental Health Monitoring Report |
| Exhibit 4: Fifth Mental Health Monitoring Report |
| Exhibit 5: Fourth Mental Health Monitoring Report |

| **Exhibits** |
|---|
| Exhibit 6: Sixth Mental Health Monitoring Report |
| Exhibit 7: Eighth Mental Health Monitoring Report |
| Exhibit 8: Ninth Medical Monitoring Report |
| Exhibit 9: Third Mental Health Monitoring Report |
| Exhibit 10: County's 180-Day Mental Health Report, April 2025 |
| Exhibit 11: County's 180-Day Mental Health Report, November 2024 |
| Exhibit 12: Fourth Medical Monitoring Report |
| Exhibit 13: Sixth Medical Monitoring Report |
| Exhibit 14: Seventh Medical Monitoring Report |
| Exhibit 15: Eighth Medical Monitoring Report |
| Exhibit 16: County's 180-Day Medical Report, June 2025 |
| Exhibit 17: County's 180-Day Medical and Dental Report, October 2022 |
| Exhibit 18: County's 180-Day Medical Report, March 2024 |
| Exhibit 19: County's 180-Day Mental Health Report, December 2022 |
| Exhibit 21: County's 180-Day Mental Health Report, October 2025 |
| Exhibit 26: Fifth Medical Monitoring Report |

**IT IS SO STIPULATED:**

Dated: December 11, 2025

**PRISON LAW OFFICE**

*/s/ Donald Specter*

Donald Specter
Nicholas Sheehan
Mackenzie Halter
Prison Law Office

*Attorneys for Plaintiffs*

Dated: December 11, 2025

**SANTA CLARA COUNTY**

*/s/ Aryn Paige Harris*

Aryn Paige Harris
Deputy County Counsel

*Attorney for Defendant*

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that Aryn Paige Harris concurs in in the filing of this stipulation.

Dated: December 11, 2025

*/s/ Donald Specter*

Donald Specter

Pursuant to the Stipulation, **IT IS HEREBY ORDERED** that the Clerk shall remove exhibits 2 through 19, 21, and 26 from the docket, and unseal exhibits 1, 20, 22, 23, 24, 25, and 27.

Dated: December 12, 2025

ROBERT M. ILLMAN
United States Magistrate Judge