1  TONY LOPRESTI, County Counsel (S.B. #289269)
   DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
2  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
4  San José, California  95110-1770
   Telephone: (408) 299-5900
5  Facsimile: (408) 292-7240
   Email: douglas.press@cco.sccgov.org
6  Email: melissa.kiniyalocts@cco.sccgov.org
   Email: aryn.harris@cco.sccgov.org
7

8  Attorneys for Defendant
   COUNTY OF SANTA CLARA
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                                (SAN JOSÉ)

13  BRIAN CHAVEZ, et al.,                    No. 15-CV-05277 RMI

14              Plaintiffs,                  **STIPULATION AND [PROPOSED]
                                             ORDER RE: BRIEFING SCHEDULE**
15  v.

16  COUNTY OF SANTA CLARA,

17              Defendant.

18

19      This stipulation and proposed order are submitted by Don Specter, counsel for Plaintiffs'

20 Class, and Deputy County Counsel, counsel for Defendant County of Santa Clara (hereafter Parties)

21 pursuant to Northern District Local Rules of Court 7-7 and 7-12.  The Parties hereby stipulate as

22 follows:

23      1.   The Parties stipulate to move the hearing date on Plaintiffs' Motion for Contempt

24 (Dkt. No. 155) currently scheduled for February 10, 2026 so that they can participate in mediation

25 efforts currently schedule for January 6, 2026, which – if successful – may obviate the need for a

26 motion.

27 ///

28 ///

2. The parties stipulate to the following briefing schedule and hearing date as follows:

**Defendants' Opposition**: February 10, 2026

**Plaintiffs' Reply**: February 24, 2026

**New Hearing Date**: March 10, 2026

**SO STIPULATED.**

Dated: December 15, 2025                         Respectfully submitted,

                                                    TONY LOPRESTI
                                                  County Counsel

By: */s/ Aryn Paige Harris*
     ARYN PAIGE HARRIS
     Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: December 15, 2025                         PRISON LAW OFFICE

By: */s/ Don Specter*
     DON SPECTER

Attorneys for Plaintiffs

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Don Specter in the filing of this stipulation has been obtained.

Dated: December 15, 2025              By: */s/ Aryn Paige Harris*
                                                          ARYN PAIGE HARRIS
                                                          Deputy County Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 16, 2025

                                                      ROBERT M. ILLMAN
                                                      United States District Court Judge

3442973