DONALD SPECTER
dspecter@prisonlaw.com
MACKENZIE L. HALTER
mhalter@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
|---|---|
| BRIAN CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,<br>*Plaintiffs,*<br>v.<br>COUNTY OF SANTA CLARA,<br>*Defendant.* | Case No. 1:15-cv-05277-RMI<br>**JOINT MOTION TO TRANSFER UNDER LOCAL CIVIL RULE 3.2(h) AND ~~PROPOSED~~ ORDER**<br>**Magistrate Judge Robert M. Illman** |

The Parties respectfully ask this Court to transfer this civil action for all purposes to Magistrate Judge Nathanael M. Cousins in the San Jose Division of the Northern District of California. Transfer to Judge Cousins would serve both the convenience of the parties and their potential witnesses, as well as the interests of justice.

## Background

Plaintiffs filed their Complaint on November 18, 2015. Complaint, Dkt. No. 1. The case was initially assigned to Magistrate Judge Nandor J. Vadis, Dkt. No. 3, and the parties later consented to proceed before a magistrate judge, Dkt. Nos. 7, 11. On November 6, 2017, the District's Executive Committee reassigned this case to the Honorable Robert M. Illman

in the Eureka/McKinleyville Division. Order Reassigning Case, Dkt. No. 56.

## Standard

Under the Northern District's Civil Local Rules, Local Rule 3-2(h), a court presiding over a civil action may transfer it to a different division within the district if it finds that doing so would serve the convenience of the parties and witnesses and the interests of justice. The wording of this standard echoes the one found in 28 U.S.C. § 1404(a): "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

The purpose of section 1404(a) is to "prevent the waste of time, energy, and money and to protect litigants, witnesses and the public against unnecessary inconvenience and expense." *Van Dusen v. Barrack*, 376 U.S. 612, 616 (1964) (cleaned up). To determine whether a transfer would be appropriate, courts evaluate factors including the convenience of the parties and witnesses; ease of access to the evidence; familiarity of each forum with the applicable law; and the interests of justice. *See, e.g.*, *Stribling v. Picazo*, No. 15-CV-03337-YGR, 2018 WL 620146, at *2 (N.D. Cal. Jan. 30, 2018); *Sierra Club v. U.S. Dep't of State*, 2009 WL 3112102, at *2 (N.D. Cal. Sept. 23, 2009). "A motion for transfer lies within the broad discretion of the district court and must be determined on an individualized basis." *Sierra Club*, 2009 WL 3112102, at *2.

## Convenience of the Parties and Witnesses

The convenience of the parties and witnesses will be served by transferring this action to Judge Cousins in the San Jose Division. This action concerns conditions in the Santa Clara County Jails, which, like Judge Cousins's chambers, are located in Santa Clara County. Defendants' attorneys and personnel are in San Jose. Plaintiffs' attorneys are in Berkeley. Given their proximity to the San Jose Division's courthouse—as compared to their proximity to the Eureka/McKinleyville Division—should the need for an evidentiary hearing in this matter arise, the convenience of the parties and their potential witnesses would be served by holding that hearing in the San Jose Division. Similarly, should Defendants need to produce

evidence from Santa Clara County's jails, it would be far easier to do so in a courtroom in San Jose.

### Judicial Economy and the Interests of Justice

Transfer to Judge Cousins would also serve the interests of justice, including judicial economy. Judge Cousins is familiar with this case, having facilitated several prior settlement conferences between the parties. *See, e.g.*, Order Referring Case to Magistrate Judge Nathanael M. Cousins for Settlement, Dkt. No. 22; Minute Entry for proceedings held before Judge Nathanael M. Cousins, April 24, 2018, Dkt. No. 64; Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins, July 11, 2022, Dkt. No. 130; Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins, Nov. 29, 2023 (Dkt. No. 142). Judge Cousins also possesses deep familiarity with the issues confronting Santa Clara County's jails, both from his work in this case, as well as his role as the referral judge in *Cole v. Santa Clara County*, 5:16-cv-06594. Clerk's Notice, *Cole v. Santa Clara County*, 5:16-cv-06594, Dkt. No. 20 (randomly assigning Judge Cousins as referral judge). And he is also acquainted with the physical plant of the County's jails, having toured them and held proceedings there. *See* Remark, June 16, 2017, Dkt. No. 51 (inviting counsel for the parties to join Judge Cousins on a tour of the County's jails); *see also* Notice and Order Setting Settlement Conference, March 20, 2018, Dkt. No. 63 (settlement conference held at the Santa Clara County Jail, 150 W. Hedding Street, San Jose). Given his deep familiarity with this case, the parties, and Santa Clara County's jails, transfer to Judge Cousins would promote judicial efficiency and therefore serve the interests of justice.

### The Parties Agree a Transfer is Appropriate

The parties have discussed this motion. Defendants agree that transferring this case to the San Jose Division, and specifically to Judge Cousins, is appropriate. Defendants consent to the motion's filing.

### Conclusion

For the foregoing reasons, the parties respectfully request that this Court grant their Joint Motion and transfer this matter for all purposes to the Honorably Nathanael M.

Cousins, in the San Jose Division.

Dated: January 13, 2026

**PRISON LAW OFFICE**

*/s/ Donald Specter*

Donald Specter
Nicholas Sheehan
Mackenzie Halter
Prison Law Office

Kyung Taeck Minn
COOLEY LLP
*Attorneys for Plaintiffs*

Dated: January 13, 2026

**COUNTY OF SANTA CLARA**

*/s/ Aryn Paige Harris*

Aryn Paige Harris
Deputy County Counsel
Melissa Kiniyalocts
Deputy County Counsel
*Attorneys for Defendant*

### CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that Aryn Paige Harris concurs in in the filing of this motion.

Dated: January 13, 2025

*/s/ Donald Specter*
Donald Specter

Pursuant to the Joint Motion and good cause appearing, **IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable Nathanael M. Cousins of the San Jose Division for all purposes. The Court's December 16, 2025 Order re: Briefing Schedule (Dkt. No. 166) is vacated.

Dated: January 14, 2026

ROBERT M. ILLMAN
United States Magistrate Judge