To the Honorable Robert M. Illman
magistrate; U.S. District court, Northern District of California
Re: Chavez, et al., v. Santa Clara County, et al.
Case No. 1:15-CV-05277-RMI

Please find enclosed a copy of Notice/Reply to:
Prison Law Office, in regards to Mr. D. Specter and the P.L.O.'s representation/monitoring of class interests in the above Identified case.

Dated: 13th of January, 2026.

*

Daniel J. Carpenter, Class-member

(Acknowledgement of Receipt Requested.)

to:
Daniel J. Carpenter
DAI 348/2400 9897
150 West Hedding
San Jose, CA 95110

RECEIVED
JAN 29 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TO: Mr. Specter "Chavez v. S.C.C. Monitor"; AND the Prison Law Office ("PLO"); and PLO Staff/Attorneys;
cc: Kyung Taeck Minn, Cooley, LLP
cc: Honorable Robert M. Illman; Magistrate, U.S. District Court, Northern District of California (Chavez, et.al. v. Santa Clara County ("S.C.C."), et. al.)

First, thank you for your prompt reply to my email (sent 12/9/25 via my dad) as received 1/12/26 (dated: 1/8/26)(sarcasm).

Second, I am writing you because of the alleged Response(s) of: 1) the "medical monitor" and 2) the defendant ("county official(s)") as presented in the 1/8/26 letter; to wit, to Request:

1) the name and professional license number (if applicable) for the "medical monitor" (for Chavez, et.al. v. S.C.C., et.al.; as cited in your 1/8/26 letter);

2) the name(s) and professional license number(s) (if applicable) for the "county official(s)" (for Chavez, et.al. v. S.C.C., et.al.; as cited in your 1/8/26 letter); and

3) legal address for each of the above.

Further, I need a copy of their response(s). If they did not provide their response(s) in writing, I need you to obtain (and provide to me) such response(s) in writing (preferably in sworn statements, and in detail, and copies of all communications in regard to Chavez, et.al. v. S.C.C., et.al.; and/or specifically in regards to myself and/or conditions of my confinement).

In addition, this letter is to officially inform you (individually, and/or your firm/staff, including attorneys) that I will be filing Bar complaint(s) and legal action against you all, under the provisions set forth in law, including (but not limited to): 42 U.S.C. §§ 1981 & 42 U.S.C. §§ 1983 (et.seq. the Civil Rights Act), and/or the Americans with Disabilities Act & the Rehabilitation Act, and/or for "conflict of interest" & "abandonment of client(s)".

To be clear, this includes (but not limited to) your malfeasance in your duties in the Chavez, et.al. v. S.C.C., et.al. case; and/or failures under law therein, which has resulted in significant AND permanent harm(s) to myself, including (but not limited to) those caused by the infection(s) I have contracted while confined in Santa Clara County Jail (such as MRSA), that has resulted in (but not limited to):

1). permanent and significant kidney damage, due to the failure/refusal by SCC-MJ medical staff, to provide care, for this condition/infection(s), for more than two (2) months, wherein said infection(s) then became septic;

2). permanent and significant eye damage, due to (among other failures) SCC-MJ medical staff's failure to treat infection(s) for months allowing the infection to spread and cause damage;

In Addition, the denial of care that resulted in (but not limited to):

A). significant microvascular ischemic disease damage to my brain;

B). chronic micro hemorrhage within the inferior right frontal lobe of my brain;

(Both contributing factors in #2 above). And deliberate and continuing discrimination based on race, age, orientation, gender, and/or disability, including (but not limited to) denial of necessary adaptive devices, including (but not limited to) within the context of participation in legal proceedings (in my own defense), and denial therein, of Due Process and Equal protection within said proceedings. Further, due to your malfeasance, I have contracted an incurable and deadly disease, simply due to my disabilities and/or disability support needs, in violation of state and federal law and/or constitutional provisions; including (but not limited to): violation of my rights under the 8th and 14th Amendments, for which you all are demonstrably at fault/liable (at least in part).

Third, for clarity's sake, I assert that the "response(s)" cited in your 1/8/26 letter are patently false and unsupportable upon the facts and totality of the circumstances, and that I am and continue to be refused necessary and proper care (including A.D.A. adaptive devices). Thus, please send me proof of the cited allegations, otherwise I must assume you all are making them up.

Dated this 13th day of January, 2026.

Daniel J. Carpenter

RECEIVED
JAN 29 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Daniel J. Carpenter
DAI 348/24009897
150 West Hedding
San Jose, CA
95110

SAN JOSE CA 950
21 JAN 2026 PM 1 L

RECEIVED
JAN 29 2026
CLERK U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

COUNTY JAIL
GENERATED MAIL

U.S. District Court
Northern District of California
Eureka Division
3140 Boeing Ave
McKinleyville, CA
95519

Attn: Judge Illman
1:15-cv-05277-RMI

95519-937240

INSPECTED BY
JAN 23 2026
U.S. MARSHALS SERVICE

Confidential Legal Mail

COUNTY JAIL GENERATED INMATE MAIL

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3140 BOEING AVENUE
McKINLEYVILLE, CALIFORNIA 95519

OFFICIAL BUSINESS



27 JAN 2026 PM 1 L

PITNEY BOWES
$0.74 0
US POSTAGE
FIRST-CLASS
028W0002310853
2000176040
ZIP 95521
JAN 23 2026



RECEIVED
JAN 29 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

94102-348999