CASE NO. 15-CV-05277-PMI NC
(CARE OF)

U. S. DISTRICT

x JORGE J. VALLEJO DMT745 ET AL, Pam Bondi PLAINTIFFS
V.
SANTA CLARA CO. John Jane Doe, ET AL, OFFICIAL/INDIVUAL CAPACITY, DEFENDER

CASE #
A VIOLATION OF THE CHAVEZ CONSENT DECREE, ADA NON COMPLIANCE.

FILED
APR 16 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAUSE OF ACTION

The FACT is The Co. is in Violation of, The Chavez Decree, HAS Neve Been activated, But The TOM BANE Civil Rights ACT Entitle me To ATTorney Fee Cal Civ Code 52.1(I) I under Mandames Request A F.R.C.P. (Federal Rule of Civ

PROCEDURE (4) "SUMMONS" AND A GRAND JURY, PER THE 5TH AMENDMENT

I ASK, IN VIOLATION OF INVOLUTARY SERVITUDE, AS STATED.

Conclusion:

THE U.S. SCT (Cunningham v. CAL 2007) Ruled That CAL Sentencing Law (DSL) THAT CAL SENTENCING LAW (DSL) VIOLATES THE 5TH, AND 14TH AMENDMENT, SO SWORN UNDER PENALTY OF PURJURY:

DATE 4-6-26

JORGE Vallejo

Vallejo

DMI 745

STEVE GARRISON
(ADVOCATE PROJECT FOR SUCH PLAINTIFF)