JORGE [illegible]
MJ.N
150 W. HEDDING ST
SAN JOSE CA 95110
DMT 745 25036486

SAN JOSE CA 950
14 APR 2026 AM 4 L

USA ★ FOREVER

RECEIVED

APR 16 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

County Jail
Generated Mail

To: OFFICE OF
The Clerks:
U.S. DisTricT Ct
NorThern DisTricT
450 GolDen GATe Av
San Francisco Ca 95102

94102-348299

COUNTY JAIL
GENERATED
INMATE MAIL

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131