DONALD SPECTER
dspecter@prisonlaw.com
NICHOLAS SHEEHAN
nick@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

BRIAN CHAVEZ and BRANDON BRACAMONTE, on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

COUNTY OF SANTA CLARA,

*Defendant.*

Case No. 5:15-cv-05277-NC

**STIPULATION FOR COURT ORDER ESTABLISHING COMPLIANCE METRICS, APPENDIX A & ORDER**

**Magistrate Judge Nathanael M. Cousins**

To resolve Plaintiffs' pending Motion for Contempt, ECF No. 155, Plaintiffs and Defendant, County of Santa Clara (Parties), stipulate as follows:

Whereas, Plaintiffs claim that the County has been unable to achieve sufficient progress on Remedial Plan items 20, 21, 32, 24, 29, 42, 43, 51, and 52 of the Consent Decree.

Whereas, the Parties agree that a core disagreement is the threshold for substantial compliance for the above Remedial Plan items and seek to prevent further disputes regarding substantial compliance in Part A below.

Whereas, the Parties further agree to resolve this pending Motion for Contempt in Part B below.

**A. Substantial Compliance with the Remedial Plan**

1. The Parties agree to work collaboratively with the independent medical and mental health monitors to establish qualitative standards that will measure the County's performance with respect to the Remedial Plan items 20, 21, 32, 24, 29, 42, 43, 51, and 52 by no later than September 30, 2026. The qualitative standards the Parties agree upon will not be used to assess whether the County is in contempt of court. If the Parties cannot agree on qualitative standards by September 30, 2026, they will jointly request a settlement conference.
2. If the County exceeds the targeted quantitative metrics in Appendix A by 10 percentage points in a month and complies with the agreed upon qualitative standards during that month, then the County will be in substantial compliance with the corresponding Remedial Plan items for that month. If the County continues to exceed the targeted quantitative metrics in Appendix A by 10 percentage points and complies with the agreed upon qualitative standards for twelve consecutive months, subject to the opportunity to cure provisions in paragraph 7 below, the County may begin to self-monitor those Remedial Plan items.
3. Compliance with the quantitative metrics in this stipulation does not alone constitute substantial compliance with the Remedial Plan provisions.

**B. Contempt Standards**

The Parties agree to resolve the contempt motion as follows:

4. The parties will use quantitative metrics to measure the County's performance with respect to Remedial Plan items 20 (medication administration); 21 & 32 (assessment of and care for people in withdrawal); 24 (availability of space in special management units); 28 (out of cell time in the acute psychiatric unit); 29 (out of cell time in the special management units); 42 (triaging of and initial response to requests for medical care); 43 (timely responses to requests for medical care); 51 (care for people with chronic conditions); 52 (mental health treatment plans); and 90 (suicide prevention turnaround times).

5. Appendix A to this Stipulation sets out the agreed-upon compliance metrics and the deadlines by which the County will meet each metric's target compliance rate.

6. The County will submit monthly reports to Plaintiffs' counsel and the independent medical and mental health monitors. The reports will measure the County's current performance on each metric and allow the parties to assess the County's progress towards meeting the metrics' target compliance rates. Upon request, the County will also produce to Plaintiffs' counsel and the medical and mental health monitors any data source it relies on to show its compliance with these metrics.

7. If there is a month after the date the County is required to meet the compliance targets in Appendix A that the County falls below the target, the County will report the shortfall to Plaintiffs' counsel and the monitors and will have 30 days to achieve compliance with the target. If the County achieves compliance with the target within 30 days, it will be deemed to have timely met the target for that month.

8. If the County fails to meet a compliance metric's target compliance rate by the deadline and does not cure the shortfall within 30 days, Plaintiffs may move to hold the County in contempt of court as to that service line. If they do, it will be presumed that the County is in contempt of court. The County may rebut that presumption by demonstrating that they have taken all reasonable measures to meet the target compliance rate, or that meeting the target compliance rate is impossible due to factors beyond the County's control.

**C. Termination of this Stipulated Order**

9. For purposes of contempt, this stipulated order will terminate as to each compliance metric when the County's performance on that metric has met or exceeded the target compliance rate for twelve consecutive months. If the County meets or exceeds a target compliance rate before the deadline for doing so, that month will count towards the consecutive twelve-month period required to terminate the compliance metric, provided the County's performance on that metric did not dip below the target compliance rate in any subsequent month, subject to paragraph 7, which allows the

County a 30-day opportunity to cure a compliance shortfall.

10. For purposes of substantial compliance, this stipulation shall stay in effect until the County's performance has met the standards specified in paragraph 2.

**IT IS SO STIPULATED:**

Dated: August 31, 2026

**PRISON LAW OFFICE**

*/s/ Donald Specter*

Donald Specter
Nicholas Sheehan
Prison Law Office
*Attorneys for Plaintiffs*

Dated: August 31, 2026

**COUNTY OF SANTA CLARA**

*/s/ Aryn Paige Harris*

Aryn Paige Harris
Deputy County Counsel
Melissa Kiniyalocts
Deputy County Counsel
*Attorneys for Defendant*

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that Aryn Paige Harris concurs in in the filing of this stipulation.

Dated: August 31, 2026

*/s/ Donald Specter*

Donald Specter

Pursuant to the Stipulation, **IT IS SO ORDERED**.

Dated: September 1, 2026

NATHANA
United Stat



**Appendix A – Quantitative Compliance Metrics**
*Chavez v. County of Santa Clara*, Case No. 15-CV-05277

***Medical Remedial Plan Provisions***

**Withdrawal Monitoring Services**

**RP 21:** The withdrawal assessment and treatment protocols and medication interventions for alcohol, opiate, and benzodiazepine withdrawal shall conform to community standards.

**RP 32:** The County shall implement a referral system, which includes referrals by Custody staff and ACHS staff, and which includes referrals for chemical dependency services. Such referrals should be processed within the same time frames listed below for the processing of White Cards.

**Compliance Metrics:**

| **Withdrawal Monitoring Ordered at Intake** | |
|---|---|
| Measure Name | Withdrawal monitoring ordered at intake for patients who screen positive for substance use. |
| Definition | Percentage of positive substance use screenings where withdrawal monitoring was initiated.<br><br>Excludes encounters where patients refused screening or screenings interrupted due to patient status. |
| Denominator | Total number of patients who screen positive for substance use. |
| Numerator | Number of positive screenings for which withdrawal monitoring was initiated. |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 85% by December 2026 |

| **Withdrawal Monitoring** | |
|---|---|
| Measure Name | Timely completion of CIWA and COWS withdrawal monitoring. |
| Definition | Percentage of withdrawal monitoring completed within scheduled time.<br><br>Separate metrics will be calculated for CIWA and COWS Timely Completion Rates.<br>Withdrawal monitoring is defined as the individual withdrawal assessment.<br><br>Where patient refused all or part of withdrawal monitoring assessment, the assessment is included in numerator if nurse appropriately completed |

| | |
|---|---|
| | all other withdrawal monitoring components (e.g., check completed timely and nurse observations completed). |
| Denominator | Total number of CIWA withdrawal monitoring<br>Total number of COWS withdrawal monitoring |
| Numerator | Number of CIWA withdrawal monitoring completed on time<br>Number of COWS withdrawal monitoring completed on time |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 85% by December 2026 |

**Sick Call**

**RP 42:** Within 24 hours of receipt of a White Card (either the time it is collected from the locked mailbox or when ACHS receives it directly from an inmate), the triage nurse shall: (i.) conduct a brief face-to-face visit with the inmate in a confidential, clinical setting; (ii.) take a full set of vital signs, if appropriate; (iii.) conduct a physical exam, if appropriate; (iv.) assign a triage level of emergent, urgent, routine, or response-only; (v.) inform the inmate of the response time frame(s) for his order request, based on triage level; (vi.) provide over-the-counter medications pursuant to protocols, as appropriate; and (vii.) consult with providers regarding patient care pursuant to protocols, as appropriate.

**Compliance Metrics:**

| **Sick Call Timeliness** | |
|---|---|
| Measure Name | Sick Call Timeliness |
| Definition | Percentage of face-to-face sick call requests (White Cards) completed within 24 hours<br><br>Excludes face-to-face sick call requests with informed refusals or where patient was released during the 24 hours after submission |
| Denominator | Number of sick calls requiring face-to-face nursing encounters |
| Numerator | Number of face-to-face sick call encounters completed within 24 hours |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 75% by December 2026 |

**Medical Appointment Turnaround Times**

**RP 43:** After processing White Cards, White Card response times shall be as follows: (i.) emergent conditions will be seen within 4 hours, (ii.) urgent conditions will be seen within 72 hours, (iii.) routine issues will be seen within two weeks, and (iv.) response only requires a

written or verbal response. (A response does not require a face-to-face clinical assessment (e.g., ordering a refill).

**Compliance Metrics:**

| **Urgent and Routine Care (Acuity 2 and 3)** | |
|---|---|
| Measure Name | Consult to Primary Medical Turnaround Times |
| Definition | Consults for primary medical provider appointments completed within assigned timeframes based on Acuity 2, and 3 (separately).<br><br>Excludes informed refusals of the appointment or where patient was released during the assigned timeframe |
| Denominator | Total number of consults for primary medical provider appointments. |
| Numerator | Number appointments completed with a primary medical provider within assigned timeframe. |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 75% by January 2027 |

| **Emergent Care (Acuity 1)** | |
|---|---|
| Measure Name | Emergent Care Turnaround Times |
| Definition | The percentage of patients requiring emergent services that were transferred to Emergency Department or treated onsite within timeframe based on Acuity 1 (4 hours). |
| Denominator | Total number of patients requiring emergent care |
| Numerator | Total number of patients transferred to ED or treated onsite within 4 hours. |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 85% by January 2027 |

**Appendix A – Quantitative Compliance Metrics**

*Chavez v. County of Santa Clara*, Case No. 15-CV-05277

**Chronic Care**

**RP 51:** Inmates with serious chronic illnesses shall be seen within the applicable time frame listed in ACHS's triage policy, and for follow-up appointments in intervals that do not exceed 90 days unless such inmates are clinically stable on at least two consecutive encounters, in which case the appointment intervals will not exceed 180 days. This schedule will not apply if the provider determines and documents that a different follow-up schedule is clinically appropriate.

**Compliance Metrics:**

| **Chronic Care Initial Visits** | |
|---|---|
| Measure Name | Chronic Care Initial Visit for Patients with Serious Chronic Conditions at Intake |
| Definition | The percentage of patients with initial provider appointments for chronic care of one or more serious chronic conditions completed within 14 days of intake<br><br>Excludes patients with informed refusals and those released within 14 days of intake |
| Denominator | Number of patients in ACHS with one or more chronic conditions at intake |
| Numerator | Number of patients in ACHS with one or more serious chronic conditions with a completed initial appointment with a provider within 14 days of intake |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly<br>**Note this metric lags 14 days to fully calculate* |
| Target | 75% by December 2026 |

| **Chronic Care Follow Up** | |
|---|---|
| Measure Name | Chronic Care Follow Up Appointments |
| Definition | The percentage of chronic care follow-up appointments for patients with one or more serious chronic conditions, completed within requested time frame.<br><br>"Requested time frame" is defined as the timeframe requested by the provider and/or the applicable timeframe listed in ACHS's triage policy.<br><br>Excludes appointments with informed refusals and appointments where patient was released prior to appointment date/time. |
| Denominator | Number of scheduled chronic care follow-up appointments for patients with one or more serious chronic conditions |

**Appendix A – Quantitative Compliance Metrics**
*Chavez v. County of Santa Clara*, Case No. 15-CV-05277

| | |
|---|---|
| Numerator | Number of chronic care follow-up appointments for patients with one or more serious chronic conditions completed within the requested time frame |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 75% by December 2026 |

***Mental Health Remedial Plan Provisions***

**APU Out of Cell Time (RP 28)**

**RP 28:** Inmates assigned to the LPS Unit shall be offered a minimum 17 hours of Out-of-Cell Time per week unless such time is deemed clinically detrimental by a licensed mental health clinician, and/or if the inmate poses a safety or security risk.

**Compliance Metrics:**

| **APU Out of Cell Time** | |
|---|---|
| Measure Name | APU Out of Cell Time |
| Definition | The percentage of patients who have been offered a minimum of 17 hours of out-of-cell time per week (prorated by the number of Eligible Days in the week).<br><br>For purposes of OCT, Eligible Days begin on the third day in the unit. because by that point they have been assessed by psychiatry and likely had time to stabilize. OCT is calculated from this point forward until they are discharged. |
| Denominator | Total number of patients with at least one Eligible Day in the week. |
| Numerator | Total number of patients who were offered at least their prorated minimum amount of out-of-cell time (based on Eligible Days) |
| Rate Calculation | Percentage is the numerator divided by the denominator. |
| Data Source(s) | Main Jail 8A Weekly Program Tracker |
| Reporting Frequency | Weekly |
| Target | 75% by January 2027 |

**Appendix A – Quantitative Compliance Metrics**

*Chavez v. County of Santa Clara*, Case No. 15-CV-05277

**SMU Out of Cell Time**

**RP 29:** Inmates assigned to a SMU who do not require Administrative Management shall be offered a minimum 5 hours of Structured Out-of-Cell time and 12 hours of Unstructured Out-of-Cell time a week.

**Compliance Metrics:**

| **SMU Out of Cell Structured Programming** | |
|---|---|
| Measure Name | SMU Structured Out of Cell Programming |
| Definition | The percentage of eligible SMU patients offered at least 5 hours of structured programming each week.<br><br>Eligible Patients: SMU patients evaluated as psychiatrically and behaviorally appropriate to participate in group therapy. Patients identified as ineligible after 3 consecutive offerings will be referred for additional review and follow up.<br><br>Offered: All eligible SMU patients are offered the option to voluntarily participate in each scheduled group.<br><br>Not Offered: SMU patients who are out to court or out of the unit for other appointments or activities are not offered. |
| Denominator | Total number of eligible SMU patients |
| Numerator | Total number of eligible SMU patients offered at least 5 hours of structured programming each week |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR; Daily Housing Rosters |
| Reporting Frequency | Monthly |
| Target | 75% by December 2026 |

**Mental Health Treatment Plans**

**RP 52:** ACHS mental health staff shall develop an initial treatment plan for each SMI inmate who is on the LPS unit for at least 7 days, or an SMU for at least 2 days. The initial treatment plan shall include a diagnosis; a brief explanation of the inmate's condition and need for treatment; and plan for next steps, such as placing a referral for additional services. The initial treatment plan shall be developed with input from the inmate when clinically appropriate, and with consideration of available relevant information on the inmate's condition. For SMI inmates who are on the LPS unit for at least 30 days or an SMU for at least 30 days, the initial treatment plan shall be expanded to include planning for targeting behaviors and/or symptoms, and a statement of progress. This shall be done in consultation with the inmate and other staff when clinically appropriate.

**Appendix A – Quantitative Compliance Metrics**

*Chavez v. County of Santa Clara*, Case No. 15-CV-05277

**Compliance Metrics:**

| **Mental Health Treatment Plans** | |
|---|---|
| Measure Name | Timely Completion of Initial and Expanded Treatment Plans |
| Definition | Percentage of required elements of the initial and expanded treatment plan completed timely for qualifying SMU/APU patients.<br><br>Separate metrics will be calculated for initial and expanded treatment plans.<br><br>Initial Treatment Plan:<br>- Timeliness: Completed within 7 days of designation into a planned services unit<br>Completeness: Inclusion of diagnosis or symptoms of concern, justification for treatment, and a plan for next steps.<br><br>Expanded Treatment Plan:<br>- Timeliness: Completed within 30 days of designation into a planned services unit<br>- Completeness: Inclusion of a plan for targeting behaviors and/or symptoms and a statement of progress |
| Denominator | Total number of patients qualifying for an initial treatment plan<br><br>Total number of patients qualifying for an expanded treatment plan |
| Numerator | Total number of qualifying patients who had an initial treatment plan with the required elements completed within the required time frame<br><br>Total number of qualifying patients who had an expanded treatment plan with the required elements completed within the required time frame |
| Rate Calculation | Numerator ÷ Denominator × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 75% by December 2026 |

**Appendix A – Quantitative Compliance Metrics**

*Chavez v. County of Santa Clara*, Case No. 15-CV-05277

**Suicide Prevention Turnaround Times**

**RP 90:** All inmates removed from suicide precautions shall receive follow up assessments within 24 hours, again within 72 hours, again within 1 week, and then as deemed clinically necessary.

**Compliance Metrics:**

| **Post Suicide Precaution Follow Ups** | |
|---|---|
| Measure Name | Post Suicide Precaution Follow Ups at 24 Hours, 72 Hours, and 7 Days |
| Definition | Percentage of patients that received the required follow up assessments at the designated intervals of 24 hours, 72 hours, and 7 days after discharge from suicide precautions (i.e., 15 Minute Checks, DTS APU Discharge)<br><br>Separate metrics will be calculated for each interval.<br><br>Exclusions (from numerator and denominator for a given interval): Acceptable exceptions to removing a patient from follow up: discharge from facility, return to precautions, admit to a higher level of care.<br><br>Acceptable Delays: patient refusal, out to court, off the unit for another appointment or activity |
| Denominators | Total number of patients that required post suicide precaution follow up assessments at each time interval |
| Numerators | Total number of patients with timely completion of eligible follow ups at each time interval |
| Rate Calculations | Numerators ÷ Denominators × 100 |
| Data Source(s) | EMR |
| Reporting Frequency | Monthly |
| Target | 85% by December 2026 for 24-hour assessment<br>80% by December 2025 for 72-hour assessment<br>80% by December 2025 for 7-day assessment |